UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Ashley Scala,
     Petitioner

     v.                        Case No. 12-cv-250-SM

United States of America,
     Respondent

## O R D E R

Petitioner filed a Motion to Vacate Sentence Under 28 U.S.C. § 2255 on June 29, 2012.

Respondent shall file an answer or other pleadings on or before September 1, 2012.

**SO ORDERED.**

_____
Steven J. McAuliffe
United States District Judge

August 1, 2012

cc:  Adam H. Bernstein, Esq.
     United States Attorney, NH