UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Ashley Scala</u>

    v.                    Civil No. 12-cv-250-SM

<u>United States of America</u>

<u>ORDER</u>

The motion for relief under 28 U.S.C. 2255 (doc. no. 1) is granted, without objection, for the reasons given in the petition and the government's response. The parties agree that appropriate relief consists of reducing the imposed period of incarceration to 24 months. That stipulation is approved. A revised judgment shall issue forthwith, reimposing sentence as originally announced, but substituting 24 months as the period of incarceration.

So ordered.

_____
Steven J. McAuliffe
United States District Court

August 28, 2012

cc: Adam Harris Bernstein, Esq.
    Seth R. Aframe, Esq.